AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> JOSHUA WAGNER ) <br> *Defendant* ) | Case No.   1:21-MJ-00162 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSHUA WAGNER

Date:   02/03/2021

*Attorney's signature*

CARY CITRONBERG
*Printed name and bar number*
ZWERLING/CITRONBERG LAW FIRM PLLC
114 NORTH ALFRED STREET
ALEXANDRIA, VA 22314

*Address*

CARY@ZWERLING.COM
*E-mail address*

(703) 684-8000
*Telephone number*

(571) 777-9933
*FAX number*