AO 442 (Rev. 11/11) Arrest Warrant                                                                                                    11229473

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joshua Wagner<br><br>Defendant | Case: 1:21-mj-00162<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 1/25/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joshua Wagner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business
40 U.S.C. § 5104(e)(2)(D)- Disruptive Conduct in the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: 1/25/2021                                                                       2021.01.25 21:39:53 -05'00'
                                                                                           *Issuing officer's signature*

City and state: Washington, DC                              Zia M. Faruqui, U.S. Magistrate Judge
                                                                                           *Printed name and title*

---

### Return

This warrant was received on *(date)* 1/25/2021, and the person was arrested on *(date)* 1/26/2021
at *(city and state)* Indianapolis, IN.

Date: 1/26/2021                                                                  Jesse L. Mohler
                                                                                           *Arresting officer's signature*

                                                                                  Jesse L. Mohler | Special Agent
                                                                                           *Printed name and title*