UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-310-1 (ABJ) |
| | : | |
| JOSHUA WAGNER, | : | |
| | : | |
| *Defendant.* | : | |

**UNITED STATES' NOTICE OF FILING OF ITEMS
<u>INCOMPATIBLE WITH CM/ECF FILING</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are videos, labeled Sentencing Exhibits 1-4.   The government has no objection to the public release of these exhibits.   The United States will make the following video evidence available to the Court, and has already made it available to counsel for the defendant electronically:

| Sentencing Exhibit Number | File Name | Source |
|---|---|---|
| 1 | "20210106_145908.mp4" | Joshua Wagner's cellphone |
| 2 | "20210106_152342.mp4" | Joshua Wagner's cellphone |
| 3 | "20210106_152639.mp4" | Joshua Wagner's cellphone |
| 4 | "20210106_152933.mp4" | Joshua Wagner's cellphone |

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/ *Seth Adam Meinero*
        SETH ADAM MEINERO
        Trial Attorney (Detailee)
        D.C. Bar No. 976587
        175 N St., N.E., Room 4.107
        Washington, DC 20530
        Seth.Meinero@usdoj.gov
        202-252-5847

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2022, I served a copy of the foregoing on all parties to this matter as listed in the Court's Electronic Case Files system.

        /s/ *Seth Adam Meinero*
        SETH ADAM MEINERO
        Trial Attorney (Detailee)