# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 1:21-cr-00310-ABJ** |
| : | |
| **JOSHUA WAGNER** : | |
| : | |
| **Defendant.** : | |

## REDACTED DOCUMENT

Comes Now, Joshua Wagner, by counsel, and respectfully files the below *REDACTED ATTACHMENT A* for consideration, along with the previously filed *SENTENCING MEMORANDUM* filed on February 4, 2022, for argument, to be presented, at his sentencing hearing on February 11, 2022, at 3:30 p.m.

For the above-stated reasons, Mr. Wagner respectfully requests that the Court accepts the attached documents for consideration in sentencing.

Respectfully submitted,

By Counsel
_____/s/_____

Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
114 N. Alfred Street
Alexandria, Virginia 22314

(703) 683 4310
chris@chrisleibiglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of February 2022, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

_____/s/_____

Christopher Leibig