UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:21-cr-00310-ABJ |
| JOSHUA WAGNER | : |
| Defendant. | : |

# ATTACHMENT A

February 1, 2022


Catherine Wagner



United States District Court
333 Constitution Avenue NW
Washington DC, 20001

Dear Judge:

I'm writing to give you my thoughts about my son, Joshua Wagner. Despite his lack of better judgment in this case, he is a terrific person. He is very thoughtful, kind, and considerate to those around him. He is "the boy next door" type of person and will always lend a helping hand.

Josh currently resides with me and my daughter. My observations are that he is very hardworking with an impressive work ethic. He has been at the same job since 2017 but with a brief interruption of his employment due to the loss of his father in February 2018 and another brief interruption early last year. He is now on a 12-hour work schedule and works occasional overtime. He has expressed an interest of returning to school and obtaining a degree or technical training.

Josh acknowledged to me that his participation in the January 6 events was a huge mistake. He admits that is was a lapse of better judgement and learned a hard lesson. This past year has been a time of reflection and growth. He has promised that he would never participate in anything like that again.

If you wish to discuss with me anything regarding Josh's character, his habits, or his ambitions; please contact me anytime at             Thank you very much for your time.

Sincerely,

*Catherine Wagner*

Catherine Wagner

United States District Court

333 Constitution Avenue NW

Washington D.C. 20001

Dear Judge,

    This letter to you is regarding the case of Joshua Wagner. He is my older brother, so I know him very well. He has always done well in school. He is a really hard worker and has always held a steady job since he was a teenager. He has many friends and is always doing his best to help people that need it. I am currently a college student and cannot work full-time myself, so he always offers to help me in that regard.

    Joshua lives with our mother and I. Our father passed away in early 2018 after losing his battle with leukemia when Joshua was twenty. Joshua is always respectful and does his best to help us around the house, as well as help pay bills and buy groceries and other necessities.

    I personally believe that he is remorseful about his actions in the rally at the capitol building. Since he went, he has said many times he regrets his actions and he wishes to never partake in anything like that again. I know that he did not intend to cause trouble by going. I don't believe that he realized the effects of his actions when he went, and in that regard he wishes to never do anything like this again.

    I really hope this letter reaches you well, and I want to thank you for reading this. I really care about my brother, and I just want the best for him.

Sincerely,

*Sarah Wagner*

Sarah Wagner

United States District Court
333 Constitution Ave
NW
Washington DC 20001

Dear Judge,

This letter is in reference to the character of Joshua Wagner. Although he is our grandson we have had many years to experience the true nature of this young man. He has always shown great respect for authority. He was a good student. He was never in trouble in school or with any other authority growing up. He got a job as a young teenager. He worked many hours as well as attending school. His employer knew he could depend on Joshua when he was needed for extra hours to cover for others who didn't show up. Since high school he has always held a steady job with lots of responsibilities. He is very dependable and accommodating. We are very proud of him even though he had a momentary lapse in judgment which we believe was brought on by inexperience and peer pressure. Since that time he regrets his part in that rally and by his own admission was a participant. He is taking this very seriously. He has learned a grave lesson from this experience and will be very reluctant to repeat anything like this in the future.

Thank you for your time and patience.

Larry Hattersow
Ellen Hattersow

February 1, 2022

Jennifer Robinson

United States District Court
333 Constitution Avenue NW
Washington DC 20001

Dear Judge:

I'm writing to you today in reference to the character of Joshua Wagner. I am Joshua's cousin and I have known him since birth; and I have remained in contact with him throughout his life. He has always had a great respect for his parents, family members, teachers, supervisors at work, and his elders. He has never had any trouble at school, work, or with the law. He has a very strong work ethic and has been employed at the same job for many years. He has great relationships with his coworkers and shows a desire to grow in many ways. He is learning Spanish and wants to further his education to develop a career path.

Joshua is the kind of person that loves others and gives others the benefit of the doubt. He possesses a strong moral compass and truly regrets taking part in the rally. He has never shown any desire whatsoever to defy authority, but I believe that his inexperience played a role in not being able to foresee how events would have unfolded. He has learned many lessons from this experience and I know that he will have a greater awareness going forward and will avoid any activities of this nature.

Sincerely,
Jennifer Robinson

United States District Court
2333 Constitution Avenue NW
Washington, DC 20001

Dear Judge:

I am writing this letter in reference to my great nephew, Joshua Wagner. I have known Josh since he was an infant and have watched him grow into a caring, responsible adult. He is a hard working employee, a loving sibling and a young man who has always made his parents proud.

Joshua's father passed away suddenly a couple of years ago. Josh was extremely close to his father and struggled to accept his death. They were avid lovers of the outdoors and spend hours hunting, fishing and camping together. I mention this to explain that regardless of his loss, Josh was determined to be strong for his mother and sister. He has always been responsible, working all through high school and still graduating. Since his father's death he has worked long hours to help contribute to his family.

Josh is definitely a person of good character although somewhat naive. I am sure he was not aware of the seriousness of his actions. He must have been terrified to find himself in a mob of angry people and not a protest as he expected. This experience has taught him a hard lesson and one that he will not want to experience again. My nephew is a good person who made a poor decision. I am confident that he regrets his involvement.

Sincerely,

*Dona Babcock*

Dona Babcock

**From:** Sonya Swansbrough
**Sent:** Thursday, February 3, 2022 3:25 PM
**To:** Chris Leibig
**Subject:** Fwd: Josh Wagner

Wagner letter
Get Outlook for iOS

**From:** Adam Hutto <
**Sent:** Thursday, February 3, 2022 2:58:13 PM
**To:** Chris Leibig <Chris@chrisleibiglaw.com>
**Subject:** Josh Wagner

Hi Chris,

Josh Wagner is currently employed at PacMoore Process Technologies located in Mooresville, Indiana. He has been employed with Pacmoore since 2/5/2021. He is a Production Worker currently assigned to 12-hour shifts (6am-6:30pm) on a rotating basis which results in every other weekend scheduling. This schedule results in 84 scheduled hours bi-weekly. Additional overtime, while not required, is often requested. Over the past two pay periods Josh has worked 96.0 hours and 95.5 hours respectively (1/2/22-1/29/22). Josh has been an employee who meets performance expectations with PacMoore.

Please do not hesitate to reach out if you have questions or need additional information.

Thank you,



**Adam Hutto**

E-Mail | LinkedIn | YouTube | Website

**PACMOORE**™